IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV239
(4:93CR83)

| | |
|---|---|
| DANNY ALONZO SURRATT, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Petitioner's filing entitled, "18 U.S.C. - 2255," which was filed as a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 by the Clerk.

On review of the Petitioner's filing, the Court finds that the pleading is more appropriately a notice of appeal of his sentence imposed for a violation of his supervised release. Therefore, the Court will dismiss this civil action as improvidently filed and direct the Clerk to file the pleading as a notice of appeal.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** as improvidently filed.

**IT IS FURTHER ORDERED** that the Clerk file the pleading as a notice of appeal and forward same to the Fourth Circuit Court of Appeals.

Signed: July 20, 2007

Lacy H. Thornburg
United States District Judge